# EXHIBIT 1

An official website of the United States government

Here's how you know ⌄

 **EOIR** | Automated Case Information

---

**Court Closures Today**  July 15, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **CHIRINOS MOLINA, PEDRO ERAIN (205-574-881)**



# Automated Case Information

## Name: CHIRINOS MOLINA, PEDRO ERAIN | A–Number: ███████–881

---

 **Next Hearing Information**

🕐

*There are no future hearings for this case.*

---

 **Court Decision and Motion Information**

The immigration judge administratively **CLOSED** the case.

**DECISION DATE**

June 17, 2015

**COURT ADDRESS**

500 N. Orange Avenue Ste.1100

Orlando, FL 32801

 ## BIA Case Information

No appeal was received for this case.

 ## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**

500 N. ORANGE AVENUE STE.1100

ORLANDO, FL 32801

**PHONE NUMBER**

(407) 244-8900

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041*

 EOIR | Automated Case Information