# EXHIBIT 2

4:04      .ııl 5Gᵁᴄ ▬



Official Website of the Department of Homeland Security

≡ Main Menu

# Resultados de Búsqueda: 1

**PEDRO ERAIN CHIRINOS MOLINA**

**Pais de Nacimiento :** Honduras

**Estatus :** Bajo custodia del ICE

**Estado:** CO

**Centro de Detención Actual**: DENVER CONTRACT DETENTION FACILITY

*\*Haga clic en el nombre del Centro de Detención para obtener información de contacto.*

VOLVER A LA BÚSQUEDA>

## Información Relacionada

### Información Útil

Estatus de un Caso

Acerca del Localizador de Detenidos

Folleto



Oficina d         mpo
ERO

locator.ice.gov